

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 6, 2020

> I assume Defendant wants these records as much as the Government, and in that case, Probation is authorized to release the records to both sides. But if Defendant does not consent, the Government should follow the Guide to Judiciary Policy Volume 8, Chapter 5 and Volume 20, Chapter 8.
>
> SO ORDERED.
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.
>
> 11/6/20

**BY ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Kassem Harris*, 14 Cr. 645-3 (CS)

Dear Judge Seibel:

    The Government writes to respectfully request an order from the Court directing the United States Probation Department, Southern District of New York, to release to the Government and the defendant-supervisee, Kassem Harris, its records relating to Harris.  The Government seeks these records in connection with a separate, felon-in-possession case *United States v. Kassem Harris*, 19 Cr. 746 (NSR), which commenced following a probation search.  According to the assigned U.S. Probation Officer, upon order of the Court, the Probation Department will disclose any responsive records.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      Acting United States Attorney

                     By:  /s/ David R. Felton
                           David R. Felton
                           Assistant United States Attorney
                           (914) 993-1908

cc:   Defense counsel (by ECF)
       U.S. Probation Officer Erica Cudina (by e-mail)