USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

                **ORDER**

v.

                **19 Cr 746 (NSR)**
                **14 Cr 645** - VOSR

KASSEM HARRIS,

         Defendant.

_____

Defendant KASSEM HARRIS seeks to enter a guilty plea in both of the above-captioned cases via video or telephone conference instead of a personal appearance in court. In view of the ongoing pandemic, video and telephone conferencing have been employed by judges in the Southern District of New York on numerous occasions. This Court finds that any further delay in this proceeding would result in serious harm to the interests of justice. Proceeding by video or telephone conference with a guilty plea hearing advances Mr. Harris's cases and furthers justice without undue delay. *See* § 15002 (b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 41.

SO ORDERED:

    July 7, 2021
Dated: New York, New York

                               _____
                               THE HONORABLE NELSON S. ROMAN
                               United States District Judge
                               Southern District of New York