**MEMO ENDORSED**

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33rd STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER  
MICHAEL CARMODY  
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777  
FACSIMILE:  (212) 239-9175  
DanielParker@aol.com

June 10, 2021

**By ECF**
Hon.  Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Kassem Harris**
14 Cr 645 (CS) (NSR)-03

Dear Judge Seibel:

   I write with the consent of the Government requesting that the VOSR case be reassigned to Judge Roman given the significant overlap of the underlying conduct in both cases.

   I have conferred with AUSA David Felton who consents to this application.

   If the foregoing meets with the Court's approval, then I respectfully request that this VOSR case be reassigned to Judge Roman and that the conference currently scheduled before Your Honor for June 25, 2021 be adjourned to July 16, 2021 to join the defendant's other case.

   Thank you for your consideration in this matter.

Respectfully,

*Daniel S. Parker*
Daniel S. Parker

Cc: all parties (by ECF)

> Deft's request to have this VOSR case reassigned to Judge Roman is granted with the Govt's consent. The VOSR Interim Conf. is rescheduled to July 16, 2021 at 3:00 pm to be held via teleconference. Dial-in instructions will follow separately.  The Clerk of Court requested to terminate the motions (docs. 72 and 74).
> Dated: July 7, 2021   SO ORDERED:
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/7/2021