**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 15, 2022

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3/16/2022
```

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     *United States v. Kassem Harris*, **14 Cr. 645-3 (NSR); 19 Cr. 746 (NSR)**

Dear Judge Román:

The Government writes to respectfully request an order from the Court directing United States Probation, Southern District of New York, to release to the Government and the supervisee, Kassem Harris, its records relating to Harris's supervision. The Government seeks these records in connection with its preparation for the upcoming revocation hearing scheduled in the case on March 24, 2022 at 3:00 p.m. According to the assigned U.S. Probation Officer, upon order of the Court, the Probation Office will disclose its records to both the Government and the supervisee.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ David R. Felton
      David R. Felton
      Assistant United States Attorney
      (212) 637-2299

cc:     Daniel S. Parker, Esq. (by ECF)

The Government's request is granted. Probation is directed to release to the Government and the supervisee its records relating to Harris' supervision.
The Clerk of Court is directed to terminate the motion at ECF No. 85 and ECF No. 56.

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Dated: March 16, 2022
       White Plains, NY

**MEMO ENDORSED**