**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/19/2023__

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DaniellParker@aol.com

January 17, 2023

**By ECF and email**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Kassem Harris**
19 Cr 746 (NSR) and VOSR 14 Cr 645-03

Dear Judge Roman:

    I write requesting that the Court adjourn the VOSR sentencing proceeding currently scheduled for Friday, January 20, 2023 at 1 p.m. for approximately 90 days.

    I have conferred with AUSA Ryan Allison and the Government consents to this request.

    Mr. Harris was re-arrested and that case is pending in the Southern District. The parties believe that it would make the most sense for the Court to adjourn the VOSR proceedings so that we can engage in plea discussions.

    I will be unavailable from March 16-26 and I am starting a trial on March 28th. Accordingly, we request an adjournment of the VOSR sentencing proceeding to a date in mid to late April, 2023.

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622

**Deft's request to adjourn the in-person VOSR Admission/Sentencing from Jan. 20, 2023 until Apr. 19, 2023 at 9:45 am is GRANTED with the Govt's consent. Clerk of Court is requested to terminate both motions (19cr746 ECF No. 66 and 14cr645-03 ECF No. 95).**
**Dated: White Plains, NY**
      **January 19, 2023**

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

1

Cc: AUSA Ryan Allison
    (by ECF and email)